UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 5 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Manijeh Majlessi,                          )
                                           )
        Plaintiff,                         )
                                           )
        v.                                 )     Civil Action No.    11 1102
                                           )
James H. Billington, Librarian of Congress, )
                                           )
        Defendant.                         )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed

*in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack

of subject matter jurisdiction.

Plaintiff, a resident of Falls Church, Virginia, and retired Library of Congress librarian

alleges that her former employer "inaccurately reported" her annuity to the Office of Personnel

Management ("OPM"). Compl. at 1. She seeks an order "to allow [a] mediator . . . to continue

to exercise his jurisdiction to resolve [her] [annuity] claim . . . ." *Id*. at 7.

The Civil Service Retirement Act ("CRSA"), 5 U.S.C. §§ 8331 *et seq*., "provides for

payment of annuities to retired federal employees [and] Congress has entrusted the

administration of this system to [OPM]." *Fornaro v. James*, 416 F.3d 63, 64 (D.C. Cir. 2005).

The CSRA provides the exclusive remedy for adjudicating plaintiff's claim. "Th[e] [remedial]

regime provides for adjudication of all claims by OPM, 5 U.S.C. § 8347(b), appeal of adverse

decisions by OPM to the MSPB, *id*. § 8347(d)(1), and subsequent review of MSPB decisions in

the Federal Circuit, *id*. § 7703(b)(1); 28 U.S.C. § 1295(a)(9)." *Id*. at 66. The district court lacks

(N)

3

jurisdiction over such claims. *See Fornaro*, 416 F.3d at 64 (affirming district court's dismissal of benefits calculation claim for lack of jurisdiction). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: June _____, 2011

United States District Judge